## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE  DISTRICT OF NEW JERSEY
## CAMDEN DIVISON

| | |
|---|---|
| In re | ) Chapter 13 |
| Anh T Le, | ) |
| | ) Case Number. 20-20452 |
| | ) |
| Debtor(s) | ) Judge Andrew B. Altenburg Jr. |
| | ) |

### REQUEST OF ATLAS ACQUISITIONS
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, a creditor in the above-captioned case,

requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the

Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code,

11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required

to be given and all papers served or required to be served in this case be also given to and

served, whether electronically or otherwise, on:

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
Attn: Avi Schild
Telephone: (888) 762-9889
Facsimile: (201) 546-9377
E-mail: bk@atlasacq.com

Dated: 10/20/2020

By: /s/ Avi Schild
Avi Schild
c/o Atlas Acquisitions LLC
President
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
(888) 762-9889

Assignee Creditor: Everest Business Funding [Last four digits of account: 1394]