Certificate Number: 06167-NJ-DE-035126426

Bankruptcy Case Number: 20-20452



06167-NJ-DE-035126426

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 28, 2020</u>, at <u>3:42</u> o'clock <u>PM CST</u>, <u>Anh T. Le</u> completed a course on personal financial management given <u>by internet</u> by <u>Hananwill Financial Education Services</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 28, 2020</u>        By:    <u>/s/Jay W Prindable</u>

                                        Name:  <u>Jay W Prindable</u>

                                        Title: <u>President - Instructor</u>