UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Anh T. Le

Case No.: 20-20452
Chapter: 13
Judge: ABA

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Anh T. Lee_____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
US Postal Office & Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Judge Andrew B. Altenburg___ on ___May 18, 2021___ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, _____Camden, NJ_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Motion to Approve Settlement

Pertinent terms of settlement: See attached Exhibit A

Objections must be served on, and requests for additional information directed to:

Name: Paul Howard Young, Esq

Address: 3554 Hulmeville Rd, Suite 102, Bensalem, PA 19020

Telephone No.: 215-639-5297

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-20452-ABA
Anh T. Le  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Apr 19, 2021  Form ID: pdf905  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anh T. Le, 705 Grant Avenue, Collingswood, NJ 08107-2336 |
| aty | + | Mark V. Oddo, 511 Cooper Street, Camden, NJ 08102-1210 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| 518953694 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518953693 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518965782 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518953695 | + | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518953704 | #+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518953713 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518953714 | + | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 518966138 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2021 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2021 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518993274 | | Email/Text: bnc@atlasacq.com | Apr 19 2021 20:47:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 519019086 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2021 22:14:47 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953697 | + | Email/Text: bk.notifications@jpmchase.com | Apr 19 2021 20:48:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518953698 | + | Email/Text: bk.notifications@jpmchase.com | Apr 19 2021 20:48:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 518953699 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2021 22:12:44 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518953700 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2021 22:12:51 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518953701 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2021 22:12:51 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518953702 | + | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 19 2021 20:47:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519025792 | | Email/Text: bk.notifications@jpmchase.com | Apr 19 2021 20:48:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518953703 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 19 2021 20:49:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518957127 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2021 22:13:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953705 | | Email/Text: camanagement@mtb.com | Apr 19 2021 20:47:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518953706 | | Email/Text: camanagement@mtb.com | Apr 19 2021 20:47:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 519016146 | | Email/Text: camanagement@mtb.com | Apr 19 2021 20:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518963256 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2021 22:12:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518953708 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2021 22:12:38 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518953707 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2021 22:12:38 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518962997 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2021 20:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518953711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2021 22:14:44 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2021 22:12:46 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2021 22:12:46 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 519017749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2021 22:12:46 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518956128 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2021 20:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519019980 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2021 20:48:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518954458 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2021 22:13:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519016916 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 19 2021 22:14:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519024743 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953696 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 518953712 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

Case 20-20452-ABA    Doc 38    Filed 04/21/21    Entered 04/22/21 00:18:24    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2021 | Form ID: pdf905 | Total Noticed: 40 |

| 518953710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017711 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Paul H. Young | on behalf of Debtor Anh T. Le ykassoc@gmail.com lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7