UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Anh T. Le

Case No.: 20-20452
Chapter: 13
Judge: ABA

## CORRECTED NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Anh T. Le_____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
US Postal Office & Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _Judge Andrew B. Altenburg_ on _May 18, 2021_ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. _4B_, _Camden, NJ_ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Motion to Approve Settlement

Pertinent terms of settlement: Personal Injury Claim;, Date of Accident 6/10/2019: Case settled for Gross Recovery $14400.00 minus cost/expenses $20.10, Net after Costs $14379.90 minus Attorney fees of $4793.30 minus medical bills $1609.29 for balance to client of $7977.31

Objections must be served on, and requests for additional information directed to:

Name: Paul Howard Young, Esq

Address: 3554 Hulmeville Rd, Suite 102, Bensalem, PA 19020

Telephone No.: 215-639-5297

rev.8/1/15