UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Anh T. Le | Case No.: __20-20452__<br>Chapter: __13__<br>Judge: __ABA__ |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Anh T. Le__, __Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | US Postal Office & Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Judge Andrew B. Altenburg__ on __June 15, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __Camden, NJ__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Motion to Approve Settlement |
|---|---|
| Pertinent terms of settlement: | Personal Injury Claim; Date of Accident 6/10/2019; Case Settled for Gross Recovery $14400.00 minus cost/expenses $20.10, Net after costs $14379.90 minus Attorney Fees of $4793.30 minus medical bills $1609.29 for balance to client of $7977.31. |

Objections must be served on, and requests for additional information directed to:

Name: __Paul Howard Young, Esq__

Address: __3554 Hulmeville Rd., Suite 102, Bensalem, PA 19020__

Telephone No.: __215-639-5297__

*rev.8/1/15*