**Isabel C. Balboa**
**Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38 - Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**
**Email: ecfmail@standingtrustee.com**

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | : <br> : <br> : CHAPTER 13 CASE |
| IN RE: <br> Anh T. Le | : <br> : <br> : CASE NO. 20-20452 <br> : <br> : <br> : JUDGE: ABA <br> : <br> : |
| DEBTORS : | : HEARING DATE: |

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: June 22, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Approve Settlement named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtor in her Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtors have established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Motion to Approve Settlement is hereby granted.

**IT FURTHER APPEARING** to the undersigned that Personal Injury Claim Accident occured on June 10, 2019 has been settled for a gross recovery of $14,400.00 minus cost/expenses $20.10, Attorney Fees of $4793.30 and medical bills of $1609.29 for a balance to client of $7977.31. The net proceeds of the Personal Injury Settlement award in the amount of $7977.31 are exempt pursuant to 11 U.S.C. 522 (d)(11)(D) and the funds are allowed to be disbursed to the debtor.

**IT IS THEREFORE SO ORDERED.**

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court