**Isabel C. Balboa**
**Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38 - Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**
**Email: ecfmail@standingtrustee.com**

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

```
IN THE UNITED STATES BANKRUPTCY     :
COURT DISTRICT OF NEW JERSEY        :
                                    : CHAPTER 13 CASE
IN RE:                              :
Anh T. Le                           :
                                    : CASE NO. 20-20452
                                    :
                                    :
                                    : JUDGE: ABA
                                    :
                                    :
DEBTORS  :                          : HEARING DATE:
```
_____

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: June 22, 2021**

*[signature]*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Approve Settlement named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtor in her Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtors have established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Motion to Approve Settlement is hereby granted.

**IT FURTHER APPEARING** to the undersigned that Personal Injury Claim Accident occured on June 10, 2019 has been settled for a gross recovery of $14,400.00 minus cost/expenses $20.10, Attorney Fees of $4793.30 and medical bills of $1609.29 for a balance to client of $7977.31. The net proceeds of the Personal Injury Settlement award in the amount of $7977.31 are exempt pursuant to 11 U.S.C. 522 (d)(11)(D) and the funds are allowed to be disbursed to the debtor.

**IT IS THEREFORE SO ORDERED.**

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20452-ABA |
| Anh T. Le | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anh T. Le, 705 Grant Avenue, Collingswood, NJ 08107-2336 |
| aty | + | Mark V. Oddo, 511 Cooper Street, Camden, NJ 08102-1210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Paul H. Young | on behalf of Debtor Anh T. Le ykassoc@gmail.com |

                                lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com

U.S. Trustee

                                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7