UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Howard Young, Esq
Young Marr, Mallis & Deane LLC
3554 Hulmeville Rd., Ste 102
Bensalem, PA 19020
215-639-5297
email:ykassoc@gmail.com
Attorney for Debtor

In Re:

Anh T. Le

| | |
|---|---|
| Case No.: | 20-20452 ABA |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | ABA |

## CERTIFICATION OF SERVICE

1.  I, _____ Paul Howard Young _____ :

    ☒ represent _____ Debtor _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ September 7, 2021 _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.
 Modified plan

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:  9/7/2021 _____          /s/ Paul Howard Young _____
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John R. Morton, Jr.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave<br>Suite 301<br>Moorestown, NJ 08057 | Attorney for Santander | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| To the Officer, Managing Agent or General Agent of Santander Consumer USA Inc.<br>8585 N. Stemmons Fwy.<br>Ste 1100-N<br>Dallas, TX 76161 | To the Officer, Managing Agent or General Agent of Santander<br>CRAMDOWN CREDITOR | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| To the Officer, Managing Agent or General AgentErin Elam Authorized Agent for Secured Creditor, RAS Citron, LLC<br>130 Clinton Rd #202<br>Fairfield, NJ 7004 | CRAMDOWN CREDITOR | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*