UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Howard Young, Esq
Young Marr, Mallis & Deane LLC
3554 Hulmeville Rd., Ste 102
Bensalem, PA 19020
215-639-5297
email:ykassoc@gmail.com
Attorney for Debtor

In Re:

Anh T. Le

Case No.: 20-20452

Chapter: 13

Hearing Date: _____

Judge: ABA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter:  Incorrect Amended plan filed Docket #47

_____

Date: 9/7/2021

/s/ Paul Howard Young
Signature

*rev.8/1/15*