UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Howard Young, Esq
Young Marr, Mallis & Deane LLC
3554 Hulmeville Rd., Ste 102
Bensalem, PA 19020
215-639-5297
email:ykassoc@gmail.com
Attorney for Debtor

Case No.: __20-20452 ABA__

Chapter: __13__

In Re:

Anh T. Le

Adv. No.: _____

Hearing Date: _____

Judge: __ABA__

## CERTIFICATION OF SERVICE

1. I, _____Paul Howard Young_____ :

    ☒ represent _____Debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____September 7, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Modified plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __9/7/2021__                         /s/ Paul Howard Young
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John R. Morton, Jr.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave<br>Suite 301<br>Moorestown, NJ 08057 | Attorney for Santander | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| To the Officer, Managing Agent or General Agent of Santander Consumer USA Inc.<br>8585 N. Stemmons Fwy.<br>Ste 1100-N<br>Dallas, TX 76161 | To the Officer, Managing Agent or General Agent of Santander CRAMDOWN CREDITOR | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| To the Officer, Managing Agent or General AgentErin Elam<br>Authorized Agent for Secured Creditor, RAS Citron, LLC<br>130 Clinton Rd #202<br>Fairfield, NJ 7004 | CRAMDOWN CREDITOR | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*