Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−20452−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anh T. Le
    705 Grant Avenue
    Collingswood, NJ 08107

Social Security No.:
    xxx−xx−1536

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 14, 2022.

Dated: January 14, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-20452-ABA

Anh T. Le                                                                              Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                    Page 1 of 3

Date Rcvd: Jan 14, 2022                   Form ID: plncf13                                Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anh T. Le, 705 Grant Avenue, Collingswood, NJ 08107-2336 |
| aty | + | Mark V. Oddo, 511 Cooper Street, Camden, NJ 08102-1210 |
| 518953693 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518953694 | + | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518965782 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518953696 | + | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 14 2022 20:38:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 14 2022 20:38:00 | Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| 518993274 | | Email/Text: bnc@atlasacq.com | Jan 14 2022 20:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953695 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:43:20 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519019086 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 20:42:46 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953699 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2022 20:43:14 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518953700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:43:20 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518953701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:53:27 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518953702 | + | Email/Text: mrdiscen@discover.com | Jan 14 2022 20:37:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 518953697 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:11 | Chase Auto Finance, Attn: Bankruptcy, Po Box |

District/off: 0312-1                         User: admin                                    Page 2 of 3
Date Rcvd: Jan 14, 2022                      Form ID: plncf13                               Total Noticed: 40

|  |  |  |  |
|---|---|---|---|
|  |  |  | 901076, Fort Worth, TX 76101 |
| 518953698 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:42:38 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 519025792 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:12 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518953703 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 14 2022 20:38:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518957127 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 20:43:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953705 | Email/Text: camanagement@mtb.com | Jan 14 2022 20:37:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518953706 | Email/Text: camanagement@mtb.com | Jan 14 2022 20:37:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 519016146 | Email/Text: camanagement@mtb.com | Jan 14 2022 20:37:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518963256 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2022 20:43:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518953708 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2022 20:42:36 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518953707 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2022 20:42:54 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518962997 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2022 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518953711 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 20:43:15 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953709 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 20:43:01 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017704 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 20:42:41 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 519017749 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 20:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518956128 | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2022 20:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519019980 | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2022 20:37:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518953713 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 14 2022 20:38:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518953714 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 14 2022 20:38:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 518966138 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 14 2022 20:38:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518954458 | + Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:43:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519016916 | + Email/PDF: ebn_ais@aisinfo.com | Jan 14 2022 20:43:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

District/off: 0312-1                          User: admin                                  Page 3 of 3
Date Rcvd: Jan 14, 2022                       Form ID: plncf13                             Total Noticed: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519024743 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953712 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017711 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518953704 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Paul H. Young | on behalf of Debtor Anh T. Le ykassoc@gmail.com lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com,support@ymalaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7