UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51967
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

In Re:

ANH T. LE



**Order Filed on January 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 20-20452

Judge: (ABA)

# ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTOR'S CHAPTER 13 PLAN, ADEQUATE PROTECTION PAYMENTS, AND LIEN RETENTION

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: January 27, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Anh T. Le
Case No: 20-20452
Caption of Order: Order for secured amount to be paid through Debtor's Chapter 13 Plan, adequate protection payments, and lien retention

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc., with the appearance of Paul H. Young, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2017 BMW 3 Series bearing vehicle identification number WBA8D9C39HA005587.**

2. **That the secured amount that Santander shall be paid through the Debtor's plan shall be $31,281.00. This amount is reached using the agreed value of the vehicle of $27,129.21(the net loan balance), amortized at 5.75% over 60 months.**

3. **That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to Santander in the amount of $4,336.00 through January 2022 and thereafter, each month, commencing February 2022, make monthly adequate protection payments to Santander in the amount of $271.00. Adequate protection payments to Santander shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Santander. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Santander until the remaining counsel fees have been paid. The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by Santander through the plan.**

4. **That Santander shall retain its lien on the vehicle until the earlier of payment of the underlying debt under non-bankruptcy law, or the Debtor receiving a discharge.**