Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−20452−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anh T. Le
   705 Grant Avenue
   Collingswood, NJ 08107

Social Security No.:
   xxx−xx−1536

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 14, 2022.

On 1/18/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            February 22, 2023
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 19, 2023
JAN: lgr

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anh T. Le  
    Debtor

Case No. 20-20452-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 19, 2023      Form ID: 185      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anh T. Le, 705 Grant Avenue, Collingswood, NJ 08107-2336 |
| aty | + | Mark V. Oddo, 511 Cooper Street, Camden, NJ 08102-1210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2023 20:51:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2023 20:51:00 | Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| 518993274 | | Email/Text: bnc@atlasacq.com | Jan 19 2023 20:50:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953694 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 19 2023 20:50:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518953693 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 19 2023 20:50:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518965782 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 19 2023 20:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518953695 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2023 20:55:28 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518953696 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 19 2023 20:50:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 519019086 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2023 20:55:27 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953699 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2023 20:55:35 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518953700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2023 20:55:28 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518953701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Jan 19 2023 20:55:37 | | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518953702 | + | Email/Text: mrdiscen@discover.com  Jan 19 2023 20:50:00 | | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 518953697 | | Email/PDF: ais.chase.ebn@aisinfo.com  Jan 19 2023 20:55:32 | | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518953698 | | Email/PDF: ais.chase.ebn@aisinfo.com  Jan 19 2023 20:54:35 | | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 519025792 | | Email/PDF: ais.chase.ebn@aisinfo.com  Jan 19 2023 20:55:33 | | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518953703 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com  Jan 19 2023 20:51:00 | | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518957127 | | Email/PDF: resurgentbknotifications@resurgent.com  Jan 19 2023 20:55:27 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953705 | | Email/Text: camanagement@mtb.com  Jan 19 2023 20:51:00 | | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518953706 | | Email/Text: camanagement@mtb.com  Jan 19 2023 20:51:00 | | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 519016146 | | Email/Text: camanagement@mtb.com  Jan 19 2023 20:51:00 | | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518963256 | | Email/PDF: MerrickBKNotifications@Resurgent.com  Jan 19 2023 20:54:35 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518953708 | + | Email/PDF: MerrickBKNotifications@Resurgent.com  Jan 19 2023 20:54:42 | | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518953707 | + | Email/PDF: MerrickBKNotifications@Resurgent.com  Jan 19 2023 20:54:48 | | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518962997 | + | Email/Text: bankruptcydpt@mcmcg.com  Jan 19 2023 20:51:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518953711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jan 19 2023 20:55:13 | | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jan 19 2023 20:55:36 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jan 19 2023 20:55:12 | | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 519017749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jan 19 2023 20:55:26 | | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518956128 | | Email/Text: bnc-quantum@quantum3group.com  Jan 19 2023 20:51:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519019980 | | Email/Text: bnc-quantum@quantum3group.com  Jan 19 2023 20:51:00 | | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518953713 | + | Email/Text: enotifications@santanderconsumerusa.com  Jan 19 2023 20:51:00 | | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518953714 | + | Email/Text: enotifications@santanderconsumerusa.com  Jan 19 2023 20:51:00 | | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 518966138 | + | Email/Text: enotifications@santanderconsumerusa.com  Jan 19 2023 20:51:00 | | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518954458 | + | Email/PDF: gecsedi@recoverycorp.com  Jan 19 2023 20:55:23 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 20-20452-ABA    Doc 74    Filed 01/21/23    Entered 01/22/23 00:17:12    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: 185 | Total Noticed: 40 |

| 519016916 | + Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|
| | | Jan 19 2023 20:55:26 | 23541-1021<br>Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519024743 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953712 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017711 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518953704 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 21, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Paul H. Young | on behalf of Debtor Anh T. Le support@ymalaw.com lesliebrown.paralegal@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7