Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-20452 (ABA)

Anh T. Le  
705 Grant Avenue  
Collingswood, NJ  08107

Monthly Payment: $3,582.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

### For the period of 01/01/2022 to 12/31/2022
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2022 | $1,690.00 | 02/10/2022 | $1,690.00 | 03/03/2022 | $1,690.00 | 04/08/2022 | $1,690.00 |
| 05/18/2022 | $1,690.00 | 06/13/2022 | $1,690.00 | 07/27/2022 | $1,690.00 | 09/08/2022 | $1,690.00 |
| 10/07/2022 | $1,690.00 | 10/26/2022 | $1,690.00 | 12/12/2022 | $1,690.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANH T. LE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | PAUL H. YOUNG, ESQUIRE | 13 | $3,250.00 | $3,250.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP, LLC | 33 | $2,439.69 | $0.00 | $2,439.69 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $687.03 | $0.00 | $687.03 | $0.00 |
| 3 | BBY/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BK OF AMER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND FUNDING, LLC | 33 | $622.71 | $0.00 | $622.71 | $0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING, LLC | 33 | $2,951.25 | $0.00 | $2,951.25 | $0.00 |
| 8 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DISCOVER FIN SVCS LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $1,357.65 | $0.00 | $1,357.65 | $0.00 |
| 12 | VERIZON BY AMERICAN INFOSOURCE | 33 | $568.68 | $0.00 | $568.68 | $0.00 |
| 13 | M & T BANK | 24 | $54,026.32 | $21,624.69 | $32,401.63 | $0.00 |
| 14 | M & T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MERRICK BANK | 33 | $5,718.97 | $0.00 | $5,718.97 | $0.00 |
| 16 | MERRICK BANK/CARDWORKS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,133.87 | $0.00 | $2,133.87 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $768.87 | $0.00 | $768.87 | $0.00 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $1,150.37 | $0.00 | $1,150.37 | $0.00 |
| 20 | SANTANDER CONSUMER USA, INC. | 24 | $31,281.00 | $13,819.55 | $17,461.45 | $4,065.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PAUL H. YOUNG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $623.40 | $0.00 | $623.40 | $0.00 |
| 25 | CACH, LLC | 33 | $12,135.58 | $0.00 | $12,135.58 | $0.00 |
| 26 | ATLAS ACQUISITIONS, LLC | 33 | $29,024.65 | $0.00 | $29,024.65 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2020 | 15.00 | $0.00 |
| 01/01/2022 | Paid to Date | $25,350.00 |
| 02/01/2022 | 44.00 | $3,582.00 |
| 10/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $18,590.00 |
| Total paid to creditors this period: | $4,065.00 |
| Undistributed Funds on Hand: | $1,544.66 |
| Arrearages: | $20,812.00 |
| Attorney: | PAUL H. YOUNG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**