UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Anh T. Le,

Debtor.

Case No.: 20-20452-ABA

Chapter: 13

Hearing Date: 6/6/2023

Judge: Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for An Order Reinstating the Automatic Stay as to Real Proprety Located at 705 Grant Avenue, Collingswood, NJ 08107 (Docket # 81)

Date: 06/05/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*