Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−20452−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anh T. Le
   705 Grant Avenue
   Collingswood, NJ 08107

Social Security No.:
   xxx−xx−1536

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on February 22, 2023.

On 6/22/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           July 26, 2023
Time:            10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 22, 2023
JAN: lgr

                                        Jeanne Naughton
                                        Clerk

Case 20-20452-ABA    Doc 90    Filed 06/24/23    Entered 06/25/23 00:17:16    Desc Imaged
                             Certificate of Notice    Page 2 of 4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-20452-ABA
Anh T. Le                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 3
Date Rcvd: Jun 22, 2023        Form ID: 185        Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anh T. Le, 705 Grant Avenue, Collingswood, NJ 08107-2336 |
| aty | + | Mark V. Oddo, 511 Cooper Street, Camden, NJ 08102-1210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2023 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2023 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2023 21:08:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2023 21:08:00 | Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| 518993274 | | Email/Text: bnc@atlasacq.com | Jun 22 2023 21:06:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953694 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 22 2023 21:06:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518953693 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 22 2023 21:06:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518965782 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 22 2023 21:07:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518953695 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2023 21:26:25 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518953696 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 22 2023 21:06:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 519019086 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2023 21:15:31 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953699 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 22 2023 21:15:41 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518953700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2023 21:15:55 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518953701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2023 21:15:14 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518953702 | + | Email/Text: mrdiscen@discover.com | Jun 22 2023 21:06:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 518953697 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 22 2023 21:15:11 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518953698 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 22 2023 21:15:12 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 519025792 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 22 2023 20:58:34 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518953703 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 22 2023 21:09:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518957127 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2023 21:15:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953705 | | Email/Text: camanagement@mtb.com | Jun 22 2023 21:07:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518953706 | | Email/Text: camanagement@mtb.com | Jun 22 2023 21:07:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 519016146 | | Email/Text: camanagement@mtb.com | Jun 22 2023 21:07:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518963256 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2023 20:58:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518953708 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2023 20:58:23 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518953707 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2023 21:15:38 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518962997 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2023 21:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518953711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 21:38:39 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 21:16:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 21:26:16 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 519017749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 21:26:23 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518956128 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2023 21:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519019980 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2023 21:08:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518953713 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2023 21:08:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518953714 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2023 21:08:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 518966138 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2023 21:08:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518954458 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 21:15:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | | | |
|---|---|---|---|
| 519016916 | + Email/PDF: ebn_ais@aisinfo.com | Jun 22 2023 21:15:14 | 23541-1021 Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519024743 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953712 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017711 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518953704 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Paul H. Young | on behalf of Debtor Anh T. Le support@ymalaw.com lesliebrown.paralegal@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7