UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul H. Young

Young, Marr, Mallis & Deane, LLC

3554 Hulmeville Rd.

Ste 102

Bensalem, PA 19020

215-639-5297

Email: support@ymalaw.com

In Re:

Anh Le

Case No.: __20-20452 ABA__

Chapter: __13__

Hearing Date: _____

Judge: __ABA__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Objection to Motion for Relief from Stay Docket #100

Date: 12/11/2023

/s/ Paul Howard Young
Signature

*rev.8/1/15*