PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**BROWN & CONNERY, LLP**
Janine M. Leicht, Esquire
6 N. Broad Street
Woodbury, NJ 08096
(856) 854-8900
(856) 853-9933 (facsimile)
jleicht@brownconnery.com

Attorneys for Glassboro Office Urban Renewal, LLC

Order Filed on December 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**Anh T. Le,**

    Debtor.

CHAPTER 13

Case No. 20-20452 (ABA)

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: December 13, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

PROPOSED ORDER

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at: 225 Rowan Boulevard, Glassboro, New Jersey 08028, New Jersey, Unit 213 and to evict the debtor if a judgment of possession is obtained.

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U.S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

1893717.2