Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−20452−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anh T. Le
   705 Grant Avenue
   Collingswood, NJ 08107

Social Security No.:
   xxx−xx−1536

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/19/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 19, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anh T. Le  
    Debtor

Case No. 20-20452-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 148 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anh T. Le, 705 Grant Avenue, Collingswood, NJ 08107-2336 |
| aty | + | Mark V. Oddo, 511 Cooper Street, Camden, NJ 08102-1210 |
| 518954458 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 21:12:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 21:12:00 | Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| 518993274 | | EDI: ATLASACQU | Jan 20 2024 01:58:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953694 | + | EDI: BANKAMER | Jan 20 2024 01:58:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518953693 | + | EDI: BANKAMER | Jan 20 2024 01:58:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518965782 | + | EDI: BANKAMER2 | Jan 20 2024 01:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518953695 | + | EDI: CITICORP | Jan 20 2024 01:58:00 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518953696 | + | EDI: BANKAMER | Jan 20 2024 01:58:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 519019086 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 21:14:04 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953699 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2024 21:14:20 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518953700 | | EDI: CITICORP | Jan 20 2024 01:58:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH |

Case 20-20452-ABA    Doc 111    Filed 01/21/24    Entered 01/22/24 00:17:50    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 148 | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 518953701 | | EDI: CITICORP | Jan 20 2024 01:58:00 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518953702 | + | EDI: DISCOVER | Jan 20 2024 01:58:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 518953697 | | EDI: JPMORGANCHASE | Jan 20 2024 01:58:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518953698 | | EDI: JPMORGANCHASE | Jan 20 2024 01:58:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 519025792 | | EDI: JPMORGANCHASE | Jan 20 2024 01:58:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518953703 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 19 2024 21:13:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518957127 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 21:14:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518953705 | | Email/Text: camanagement@mtb.com | Jan 19 2024 21:11:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518953706 | | Email/Text: camanagement@mtb.com | Jan 19 2024 21:11:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 519016146 | | Email/Text: camanagement@mtb.com | Jan 19 2024 21:11:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518963256 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2024 21:14:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518953708 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2024 21:13:39 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518953707 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2024 21:31:31 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518962997 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2024 21:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518953711 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953709 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017704 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 519017749 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518956128 | | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519019980 | | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518953713 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 21:12:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518953714 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 21:12:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 518966138 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 21:12:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519016916 | + | EDI: AIS.COM | | |

| | Jan 20 2024 01:58:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519024743 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518953712 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518953710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519017711 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518953704 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024                Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Janine Leicht | on behalf of Creditor Glassboro Office Urban Renewal LLC jlloyd@brownconnery.com, sponto@brownconnery.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Paul H. Young | on behalf of Debtor Anh T. Le support@ymalaw.com lesliebrown.paralegal@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 4 of 4
Date Rcvd: Jan 19, 2024 Form ID: 148 Total Noticed: 40
TOTAL: 9